AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

HODESS BUILDING CO., INC.

V.

A.O. SMITH CORPORATION and JIM LAVALLEE PLUMBING & HEATING, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: [redacted] 05 [redacted] 152S

TO: (Name and address of Defendant)

Jim Lavallee Plumbing & Heating, Inc.
63 Southbridge Street
Auburn, MA 01501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph J. Reale, Jr., Esq.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

April 13, 2005

DATE

(By) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☒ Other (specify): I, Seth H. Hochbaum, attorney for Jim Lavallee Plumbing and Heating, Inc., hereby accept service of the Summons and Complaint on behalf of Jim Lavallee Plumbing and Heating, Inc.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/20/05
Date

Signature of Server Seth H. Hochbaum

Regnante, Sterio & Osborne LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.