**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HODESS BUILDING CO., INC.** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-152S** |
| | : | |
| **A.O. SMITH CORPORATION and JIM LAVALLEE PLUMBING & HEATING, INC.** | : | |

**AFFIDAVIT OF PROOF OF SERVICE ON THE DEFENDANT, A.O. SMITH CORPORATION**

I, Joseph J. Reale, Jr., do upon oath make affidavit and say:

1. I am attorney of record for the Plaintiff, Hodess Building Co., Inc., in the pending matter.

2. On or about April 14, 2005, pursuant to the Federal Rules of Civil Procedure Rule (4) and Rhode Island Rules of Civil of Procedure Rule 4, I served the Defendant, A.O. Smith Corporation, by certified mail, return receipt requested, a copy of the pending complaint.

3. Accompanying the service was correspondence indicating the necessity for the Defendant to answer or otherwise respond to the complaint within twenty (20) days of receipt, attached hereto as **Exhibit A**.

4. On or about April 20, 2005, I received the attached return receipt card as proof of service on the Defendant, A.O. Smith Corporation, attached hereto as **Exhibit B**.

5. Pursuant to Federal Rule of Civil Procedure Rule 4, the Defendant must answer or otherwise respond on or before May 9, 2005.

Plaintiff
By its attorney,

Joseph J. Reale, Jr.-#3158
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

3

Dated: April 27, 2005

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before
me this 27th day of April, 2005

Marianne C. Martin
Notary Public
Print Name: Marianne C. Martin
My Commission Expires: 7/12/05

# EXHIBIT A

EXHIBIT A

**JOSEPH J. REALE, JR., LTD.**

ATTORNEY AT LAW
30 Kennedy Plaza
Suite 400
Providence, Rhode Island 02903

TEL: (401) 453-9900
FAX: (401) 453-9917
E-MAIL: reale@conversent.net

Also admitted in Massachusetts

April 14, 2005

7001 0320 0000 2984 5988

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

The Prentice Hall Corporation Systems
701 Brazos Street
Suite 1050
Austin, TX 78701

**Re: Hodess Building Co., Inc. v. A.O. Smith Corporation, et al. C.A. No. 05-152S**

Dear Sir or Madam:

Enclosed please find a lawsuit served upon you as registered agent for A.O. Smith Corporation in Texas. The enclosed action has been filed in the United States District Court for the District of Rhode Island. Service is hereby made upon Prentice Hall Corporation Systems pursuant to Federal Rules of Civil Procedure Rule 4 and the Rhode Island Rules of Civil Procedure Rule 4. Please be advised that A.O. Smith Corporation is required to answer or otherwise respond to the plaintiff's complaint within twenty (20) days of receipt. Failure to do so may result in default judgment being entered against A.O. Smith Corporation in this matter.

Sincerely,

Joseph J. Reale, Jr.

JJR/mcm
Enclosure
c:\hodess\franklin\service letters.doc

# EXHIBIT B

**EXHIBIT B**

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

The Prentice Hall Corporation Systems

7001 0320 0000 2984 5988

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here
APR 14

Sent To The Prentice Hall Corporation Systems
Street, Apt. No.; or PO Box No. 701 Brazos Street, Suite 1050
City, State, ZIP+4 Austin, TX 78701

PS Form 3800, January 2001 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Prentice Hall Corporation Systems
701 Brazos Street, Suite 1050
Austin, TX 78701

2. Artic[le Number]
7001

PS Fo[rm]

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) B. Date of Delivery APR 18 2005

C. Signature
X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2595-00-M-0952