UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HODESS BUILDING CO., INC. | ) | |
| v. | ) | C. A. NO. 05-152S |
| A. O. SMITH CORPORATION and JIM LAVALLEE PLUMBING & HEATING, INC. | ) | |

**STIPULATION TO EXTEND TIME**

Now come Hodess Building Co., Inc. and Jim Lavallee Plumbing & Heating, Inc. ("Lavallee") and stipulate that the time for Lavallee to answer or otherwise respond to the plaintiff's Complaint is extended up to and including May 27, 2005.

HODESS BUILDING CO., INC.

By its Attorney,
Joseph J. Reale, Jr., Esquire
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

JIM LAVALLEE PLUMBING & HEATING, INC.

By its Attorney,
Michael W. Garland, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
Tel: (508) 798-0717
Fax: (508) 798-1850

Dated: 4/28/05

(4)