**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

HODESS BUILDING CO., INC.

VS. C. A. NO.: 05-152S

A.O. SMITH CORPORATION and
JIM LAVALLE PLUMBING & HEATING, INC.

**DEFENDANT, A.O. SMITH CORPORATION'S ANSWER TO CROSSCLAIM OF LAVALLEE**

**Count I - Contribution**

1. This defendant is without sufficient information to either admit or deny the allegations contained in paragraph 1.

2. Admitted.

3. This defendant is without sufficient information to either admit or deny the allegations contained in paragraph 3.

4. This defendant is without sufficient information to either admit or deny the allegations contained in paragraph 4.

5. Denied to the extent that this allegation is directed to A. O. Smith.

6. Admitted.

7. Denied.

8. Denied.

WHEREFORE, A. O. Smith Corporation demands judgment against cross claimant, Jim Lavallee Plumbing & Heating, Inc. plus its cost of defending this action.

**COUNT II – Reimbursement and/or Indemnification**

9. Crossclaim Defendant repeats its responses to paragraphs 1 through 8, as if fully restated herein.

10. Denied.

11. Denied.

12. Denied.

WHEREFORE, A. O. Smith Corporation demands judgment against cross claimant, Jim Lavallee Plumbing & Heating, Inc. plus its cost of defending this action.

**COUNT III – Breach of Express Warranty**

13. Crossclaim Defendant repeats its responses to paragraphs 1 through 12, as if fully restated herein.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

WHEREFORE, A. O. Smith Corporation demands judgment against cross claimant, Jim Lavallee Plumbing & Heating, Inc. plus its cost of defending this action.

**COUNT IV – Breach of Implied Warranty of Merchantability**

18. Crossclaim Defendant repeats its responses to paragraphs 1 through 17, as if fully restated herein.

19. Denied.

20. Denied.

21. Denied.

WHEREFORE, A. O. Smith Corporation demands judgment against cross claimant, Jim Lavallee Plumbing & Heating, Inc. plus its cost of defending this action.

**COUNT V – Breach of Implied Warranty of Fitness for a Particular Purpose**

22. Crossclaim Defendant repeats its responses to paragraphs 1 through 21, as if fully restated herein.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

WHEREFORE, A. O. Smith Corporation demands judgment against cross claimant, Jim Lavallee Plumbing & Heating, Inc. plus its cost of defending this action.

**COUNT VI – Fraud and Deceit**

27. Crossclaim Defendant repeats its responses to paragraphs 1 through 26, as if fully restated herein.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

WHEREFORE, A. O. Smith Corporation demands judgment against cross claimant, Jim Lavallee Plumbing & Heating, Inc. plus its cost of defending this action.

**COUNT VII – Negligent Misrepresentation**

32. Crossclaim Defendant repeats its responses to paragraphs 1 through 31, as if fully restated herein.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

WHEREFORE, A. O. Smith Corporation demands judgment against cross claimant, Jim Lavallee Plumbing & Heating, Inc. plus its cost of defending this action.

**COUNT VIII- Promissory Estoppel**

37. Crossclaim Defendant repeats its responses to paragraphs 1 through 36, as if fully restated herein.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

WHEREFORE, A. O. Smith Corporation demands judgment against cross claimant, Jim Lavallee Plumbing & Heating, Inc. plus its cost of defending this action.

Defendant,
A. O. SMITH CORPORATION,

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

Defendant, A.O. Smith Corporation hereby demands a trial by jury.

Melody A. Alger, Esquire #4585

**FIRST AFFIRMATIVE DEFENSE**

The crossclaim fails to state a claim upon which relief can be granted as against this defendant.

**SECOND AFFIRMATIVE DEFENSE**

The damages, injuries and losses alleged in the crossclaim were caused by the negligence, fault or lack of care on the part of parties over whom this defendant is not responsible and has no control.

**THIRD AFFIRMATIVE DEFENSE**

The plaintiff's damages or injuries, if any, are the result of the improper maintenance or installation of the product in accordance with A.O. Smith's recommendations and instructions.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant A.O. Smith was never given adequate or timely notice of any alleged breach of warranty.

**FIFTH AFFIRMATIVE DEFENSE**

As to the warranty claims, there is no privity of contract.

**SIXTH AFFIRMATIVE DEFENSE**

The crossclaimant's claims and damages, if any, are subject to the applicable terms, conditions and limitations of any warranty.

**SEVENTH AFFIRMATIVE DEFENSE**

The defendant disclaims any warranty other than those expressly set forth in documents which were provided with the alleged products in accordance with the Uniform Commercial Code.

**EIGHTH AFFIRMATIVE DEFENSE**

The crossclaimant's claims are barred by the Statute of Limitations and/or the Statute of Repose.

**NINTH AFFIRMATIVE DEFENSE**

To the extent that the defendant placed warnings on its products, such warnings are grounds for the dismissal of these claims.

**TENTH AFFIRMATIVE DEFENSE**

The crossclaimant's claims are barred to the extent that the product in questions was materially and substantially altered and modified after leaving their possession and control of this defendant.

**ELEVENTH AFFIRMATIVE DEFENSE**

The water heater in question performed as safely and as an ordinary consumer would reasonably expect when used in an intended or reasonably foreseeable manner.

**TWELFTH AFFIRMATIVE DEFENSE**

The plaintiff's claims of negligence are barred by the Doctrine of Economic Loss.

**THIRTEENTH AFFIRMATIVE DEFENSE**

All implied warranties, including the warranties of merchant ability and fitness for a particular purpose, were excluded at the time of the sale, if any, of this defendant's product.

**FOURTEENTH AFFIRMATIVE DEFENSE**

To the extent that the plaintiff alleges claims based upon oral representations or warranties, the crossclaimant's claims are barred by the Statute of Frauds.

**FIFTEENTH AFFIRMATIVE DEFENSE**

This defendant reserves the right to plead and prove other affirmative defenses as they may become known and hereby incorporates all applicable affirmative defenses as alleged by any other defendant in this case.

Defendant,
A. O. SMITH CORPORATION,

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Joseph J. Reale, Jr., Esquire
Joseph J. Reale, Jr., LTD.
10 Kennedy Plaza, Suite 400
Providence, RI 02903

Michael W. Garland, Esquire
DONALD E. FEENER & ASSOCIATES
120 Front Street, Suite 310
Worcester, MA 01608-1424

on this 18th day of ~~June~~ July, 2005.