**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
JUN 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

HODESS BUILDING CO., INC.

VS. C. A. NO.: 05-152S

A.O. SMITH CORPORATION and
JIM LAVALLE PLUMBING & HEATING,
INC.

**MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE***

Defendant, A. O. Smith Corporation, hereby moves that JOHN T. JUETTNER be admitted *pro hac vice* in the above case as associate trial counsel local associate counsel identified below, on the following grounds:

1. The case involves the complex area of law in which *pro hac vice* counsel, JOHN T. JUETTNER, specializes.

2. JOHN T. JUETTNER's long-standing representation of the client, A.O. Smith Corporation.

BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG
Melody A. Alger, Esq. (#4585)
Attorneys for Defendant
155 South Main Street, Suite 101
Providence, Rhode Island 02903
Telephone: 401-331-1434

By: ______________________

Dated: June 9th, 2005

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

1) That I am a member of good standing of the State Bar of Wisconsin and of the following Federal District Court and/or Court of Appeals Bar(s) Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Wisconsin Supreme Court | January 16, 1990 |
| U.S. District Court, Western District of Wisconsin | January 16, 1990 |
| U.S. District Court, Eastern District of Wisconsin | May 2, 1995 |

and that my eligibility to practice before those courts has not been restricted in any way.

2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3) I have never been convicted of any crime other than minor traffic offenses.

4) During the past 24 months, I have not applied to be admitted in any cases in this district.

5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6) I have read, acknowledged, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct of all attorneys appearing before it.

7) For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court

respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Dated this 3d day of June, 2005.

John T. Juettner
Crivello Carlson & Mentkowski s.c.
The Empire Building
710 North Plankinton Avenue
Milwaukee, WI 53203
Telephone: 414-271-7722
Fax: 414-271-4438
E-mail: jjuettner@milwlaw.com

WI State Bar ID # 1000878

Dated this 1st day of June, 2005.

LOCAL ASSOCIATE COUNSEL:

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, Rhode Island 02903
Telephone: 401-331-1434
Fax: 401-351-9653
E-mail: mel.alger@verizon.net

R.I. Bar ID Number: #4585

**ORDER**

This motion is hereby Granted

WSM
U.S. District Judge

Dated: 7/25/05