AO 441 (Rev.5/85) Third Party Summons in a Civil Action ●

# United States District Court

DISTRICT OF RHODE ISLAND

**PLAINTIFF**

HODESS BUILDING CO., INC.

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**

JIM LAVALLEE PLUMBING & HEATING, INC.

## THIRD PARTY SUMMONS IN A CIVIL ACTION

**CASE NUMBER** C.A. NO. 05-152S

**V. THIRD PARTY DEFENDANT**

STATE INDUSTRIES, INC. and
P V SULLIVAN SUPPLY CO., INC.

**TO:** (Name and address of Third Party Defendant)

State Industries, Inc.
500 Lindahl Parkway
Ashland City, Tennessee 37015

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Joseph J. Reale, Jr., Esquire
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

**DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY** (name and address)

Michael W. Garland, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
Tel: (508) 798-0717
Fax: (508) 798-1850

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless*(1) this is a case within Rule 9 (h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14 (c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

DATE 6/29/05

(By) DEPUTY CLERK

JUN 15 2005

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 07-11-05 |
|---|---|
| NAME OF SERVER Wendell D. Nichols | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: A.D. Smith at 500 Ashland City Rd Ashland City, TN. 37015 Charles Paul accepted service for A.D. Smith

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 07-11-05
*Date*

Wendell D. Nichols
*Signature of Server*

Cheatham County Sheriff's Dept
*Address of Server*
100 Public Square
Ashland City, TN. 37015

FILED
2005 JUL 27 A 9 82
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.