AO 441 (Rev.5/85) Third Party Summons in a Civil Action

SCANNED

# United States District Court

DISTRICT OF RHODE ISLAND

PLAINTIFF

HODESS BUILDING CO., INC.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

JIM LAVALLEE PLUMBING & HEATING., INC.

## THIRD PARTY SUMMONS IN A CIVIL ACTION

CASE NUMBER C.A. NO. 05-152S

V. THIRD PARTY DEFENDANT

STATE INDUSTRIES, INC. and
P V SULLIVAN SUPPLY CO., INC.

To: Name and address of Third Party Defendant)

P V Sullivan Supply Co., Inc.
41 Liberty Street
Quincy, MA 02169

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph J. Reale, Jr., Esquire
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Michael W. Garland, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
Tel: (508) 798-0717
Fax: (508) 798-1850

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless*(1) this is a case within Rule 9 (h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14 (c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

Francis P. McCabe

(By) DEPUTY CLERK

DATE 6/29/05

*The Commonwealth of Massachusetts*
*County of Norfolk*
SHERIFF'S DEPARTMENT
Division of Civil Process

Michael G. Bellotti
*Sheriff*

Jeffrey J. Nourse
*Director*

## COMMONWEALTH OF MASSACHUSETTS
County of Norfolk

**Ronald Goguen,** being duly sworn, deposes and says that he is a Deputy Sheriff for the County of Norfolk. Deputy Goguen further states that he served an attested copy of the within **Third Party Summons and Complaint & Third Party Complaint,** on **July 14, 2005 at 2:03PM** upon the within named **PV Sullivan Supply Co., Inc.** by delivering in hand to William White, clerk & agent. Said service was made at **41 Liberty Street Quincy, MA 02169.**

Norfolk County Deputy Sheriff

Norfolk ss.
Commonwealth of Massachusetts

Subscribed and sworn to before me
This 19th day of July, 2005

Noelle E. Nee
Notary Public
My commission expires May 7, 2010

NOELLE E. NEE
MY COMMISSION EXPIRES MAY 7 2010
COMMONWEALTH OF MASSACHUSETTS
NOTARY PUBLIC

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 JUL 27 A 9:49
FILED