UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 05-152S

HODESS BUILDING CO., INC.,
Plaintiffs

v.

A.O. SMITH CORPORATION and JIM LAVALLEE PLUMBING & HEATING, INC.,
Defendants

and

JIM LAVALLEE PLUMBING & HEATING, INC.,
Third-Party Plaintiff

v.

STATE INDUSTRIES, INC., and P V SULLIVAN SUPPLY CO., INC.,
Third-Party Defendants

***ANSWER OF THIRD-PARTY DEFENDANT, P V SULLIVAN SUPPLY CO., INC., TO THIRD-PARTY PLAINTIFF'S COMPLAINT***

1. The Third-Party Defendant, P V Sullivan Supply Co., Inc. is without sufficient knowledge or information to either admit or deny allegations contained in Paragraph 1 of the Third-Party Plaintiff's Complaint.

2. The Third-Party Defendant, P V Sullivan Supply Co., Inc. is without sufficient knowledge or information to either admit or deny allegations contained in Paragraph 2 of the Third-Party Plaintiff's Complaint.

3. The Third-Party Defendant, P V Sullivan Supply Co., Inc. admits the allegations contained in Paragraph 3 of the Third-Party Plaintiff's Complaint.

### *FACTS*

4. The Third-Party Defendant, P V Sullivan Supply Co., Inc. is without sufficient knowledge or information to either admit or deny allegations contained in Paragraph 2 of the Third-Party Plaintiff's Complaint.

5. The Third-Party Defendant, P V Sullivan Supply Co., Inc. is without sufficient knowledge or information to either admit or deny allegations contained in Paragraph 5 of the Third-Party Plaintiff's Complaint.

6. The Third-Party Defendant, P V Sullivan Supply Co., Inc. is without sufficient knowledge or information to either admit or deny allegations contained in Paragraph 6 of the Third-Party Plaintiff's Complaint.

7. The Third-Party Defendant, P V Sullivan Supply Co., Inc. is without sufficient knowledge or information to either admit or deny allegations contained in Paragraph 7 of the Third-Party Plaintiff's Complaint.

8. The Third-Party Defendant, P V Sullivan Supply Co., Inc. is without sufficient knowledge or information to either admit or deny allegations contained in Paragraph 8 of the Third-Party Plaintiff's Complaint.

9. The Third-Party Defendant, P V Sullivan Supply Co., Inc. is without sufficient knowledge or information to either admit or deny allegations contained in Paragraph 9 of the Third-Party Plaintiff's Complaint.

10. The Third-Party Defendant, P V Sullivan Supply Co., Inc. is without sufficient knowledge or information to either admit or deny allegations contained in Paragraph 10 of the Third-Party Plaintiff's Complaint.

### *COUNT I*
### *(Contribution - State)*

12. No answer required.

13. No answer required.

14. No answer required.

15. No answer required.

16. No answer required.

17. No answer required.

18. No answer required.

19. No answer required.

***COUNT II***
***(Reimbursement and/or Indemnification - State)***

20. No answer required.

21. No answer required.

22. No answer required.

23. No answer required.

***COUNT III***
***(Breach of Contract - Sullivan)***

24. No answer required.

25. The Third-Party Defendant, P V Sullivan Supply Co., Inc. admits the allegations contained in Paragraph 25 of the Third-Party Plaintiff's Complaint.

26. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 26 of the Third-Party Plaintiff's Complaint.

27. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 27 of the Third-Party Plaintiff's Complaint.

***COUNT IV***
***(Breach of Implied Covenant of Good Faith and Fair Dealing - Sullivan)***

28. No answer required.

29. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 29 of the Third-Party Plaintiff's Complaint.

30. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 30 of the Third-Party Plaintiff's Complaint.

31. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 31 of the Third-Party Plaintiff's Complaint.

***COUNT V***
***(Breach of Express Warranty - State)***

32. No answer required.

33. No answer required.

34. No answer required.

35. No answer required.

***COUNT VI***
***(Breach of Express Warranty - Sullivan)***

36. No answer required.

37. The Third-Party Defendant, P V Sullivan Supply Co., Inc. is without sufficient knowledge or information to either admit or deny allegations contained in Paragraph 37 of the Third-Party Plaintiff's Complaint.

38. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 38 of the Third-Party Plaintiff's Complaint.

39. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 39 of the Third-Party Plaintiff's Complaint.

***COUNT VII***
***(Breach of Implied Warranty of Merchantability - State)***

40. No answer required.

41. No answer required.

42. No answer required.

43. No answer required.

*COUNT VIII*
***(Breach of Implied Warranty of Merchantability - Sullivan)***

44. No answer required.

45. The Third-Party Defendant, P V Sullivan Supply Co., Inc. admits the allegations contained in Paragraph 45 of the Third-Party Plaintiff's Complaint.

46. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 46 of the Third-Party Plaintiff's Complaint.

47. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 47 of the Third-Party Plaintiff's Complaint.

*COUNT IX*
***(Breach of Implied Warranty of Fitness for a Particular Purpose - State)***

48. No answer required.

49. No answer required.

50. No answer required.

51. No answer required.

52. No answer required.

*COUNT X*
***(Breach of Implied Warranty of Fitness for a Particular Purpose - Sullivan)***

53. No answer required.

54. The Third-Party Defendant, P V Sullivan Supply Co., Inc. admits the allegations contained in Paragraph 54 of the Third-Party Plaintiff's Complaint.

55. The Third-Party Defendant, P V Sullivan Supply Co., Inc. is without sufficient knowledge or information to either admit or deny allegations contained in Paragraph 55 of the Third-Party Plaintiff's Complaint.

56. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 56 of the Third-Party Plaintiff's Complaint.

57. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 57 of the Third-Party Plaintiff's Complaint.

***COUNT XI***
***(Fraud and Deceit - State)***

58. No answer required.

59. No answer required.

60. No answer required.

61. No answer required.

62. No answer required.

***COUNT XII***
***(Fraud and Deceit - Sullivan)***

63. No answer required.

64. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 64 of the Third-Party Plaintiff's Complaint.

65. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 65 of the Third-Party Plaintiff's Complaint.

66. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 66 of the Third-Party Plaintiff's Complaint.

67. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 67 of the Third-Party Plaintiff's Complaint.

***COUNT XIII***
***(Negligent Misrepresentation - State)***

68. No answer required.

69. No answer required.

70. No answer required.

71. No answer required.

72. No answer required.

***COUNT XIV***
***(Negligent Misrepresentation - Sullivan)***

73. No answer required.

74. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 74 of the Third-Party Plaintiff's Complaint.

75. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 75 of the Third-Party Plaintiff's Complaint.

76. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 76 of the Third-Party Plaintiff's Complaint.

77. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 77 of the Third-Party Plaintiff's Complaint.

***COUNT XV***
***(Promissory Estoppel - State)***

78. No answer required.

79. No answer required.

80. No answer required.

81. No answer required.

82. No answer required.

83. No answer required.

***COUNT XVI***
***(Promissory Estoppel - Sullivan)***

84. No answer required.

85. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 85 of the Third-Party Plaintiff's Complaint.

86. The Third-Party Defendant, P V Sullivan Supply Co., Inc. is without sufficient knowledge or information to either admit or deny allegations contained in Paragraph 86 of the Third-Party Plaintiff's Complaint.

87. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 87 of the Third-Party Plaintiff's Complaint.

88. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 88 of the Third-Party Plaintiff's Complaint.

89. The Third-Party Defendant, P V Sullivan Supply Co., Inc. denies the allegations contained in Paragraph 89 of the Third-Party Plaintiff's Complaint.

***FIRST AFFIRMATIVE DEFENSE***

The Third Party Defendant states that the Third Party Plaintiff fails to state a claim upon which relief may be granted.

***SECOND AFFIRMATIVE DEFENSE***

The Third Party Defendant states that the Third Party Complaint is barred by the applicable statute of limitations.

***THIRD AFFIRMATIVE DEFENSE***

The Third Party Defendant states that the Third Party Plaintiff's claims are barred by accord and satisfaction.

***FOURTH AFFIRMATIVE DEFENSE***

The Third Party Defendant states that the Third Party Plaintiff's claims are barred by the doctrine of laches.

***FIFTH AFFIRMATIVE DEFENSE***

The Third Party Defendant states that the Third Party Plaintiff's claims are barred by the doctrine of estoppel.

***SIXTH AFFIRMATIVE DEFENSE***

The Third Party Defendant states that any damages which the Third Party Plaintiff alleges to have suffered are the result of the Third Party Plaintiff's own actions over which the Third Party Defendant had no responsibility or control.

***SEVENTH AFFIRMATIVE DEFENSE***

The Third Party Defendant states that any damages alleged to have been suffered by the Third Party Plaintiff are due to actions of a third party over which the Third Party Defendant had no responsibility or control.

***EIGHTH AFFIRMATIVE DEFENSE***

The Third Party Defendant denies each and every allegation of the Third Party Complaint except as specifically admitted above.

***NINTH AFFIRMATIVE DEFENSE***

The Third Party Defendant states that he did not breach the contract.

***TENTH AFFIRMATIVE DEFENSE***

The Third Party Defendant states that there is insufficiency of process.

***ELEVENTH AFFIRMATIVE DEFENSE***

The Third Party Defendant states that there is insufficiency of service of process.

***TWELFTH AFFIRMATIVE DEFENSE***

The Third Party Defendant state that the Third Party Plaintiff has failed to join the necessary party under Rule 19 of the Rules of Civil Procedure.

**CROSSCLAIM OF THIRD PARTY DEFENDANT, P V Sullivan SUPPLY CO., INC. AGAINST THE THIRD PARTY PLAINTIFF**

1. The Third Party Defendant/Plaintiff in Crossclaim, P V Sullivan Supply Co., Inc., is a Massachusetts corporation with a principal place of business located at 41 Liberty Street, Quincy, Norfolk County, Massachusetts.

2. The Third Party Defendant/Defendant in Crossclaim, State Industries, Inc. is a Tennessee corporation with a principal place of business located in Ashland City,

Tennessee and is, upon information and belief, a subsidiary of A.O. Smith Corporation.

3. The Third Party Plaintiff, Jim Lavallee Plumbing & Heating, Inc., is a Massachusetts Corporation with a principal place of business located in Auburn, Worcester County, Massachusetts.

4. Sullivan is a supplier and distributor of hot water heaters manufactured by State.

5. Lavallee purchased ninety-seven "State Select Power Direct Vent" hot water heaters from Sullivan, a supplier industries of hot water heaters manufactured by State.

6. As such, any malfunction and/or defect of the state select power direct vent hot water heater and/or any of the damages resulting therefrom, as solely attributed to the manufacturer, State, Third Party Defendant/Defendant in Crossclaim.

WHEREFORE, the Third Party Defendant, P V Sullivan Supply Co., Inc., asserts that if the Third Party Plaintiff recovers Judgment against it on a claim asserted in the Complaint in the above action, Third Party Defendant, P V Sullivan Supply Co., Inc. is entitled to full indemnification and/or contribution for Co-Third Party Defendant, State Industries, Inc.

Respectfully submitted,
For the Third-Party Defendant
P V Sullivan Supply Co., Inc.

Joseph Keough

Joseph Keough
Rhode Island Bar No. 4295
100 Armistice Blvd.
Pawtucket, RI 02860
Tel.: 401-724-3600

**CERTIFICATE OF SERVICE**

On the 8th day August of, 2005, I, Joseph Keough, attorney for the Third Party Defendant, P V Sullivan Supply Co., Inc. in the above-entitled action, hereby certify that I served a copy of the within Answer of Third-Party Defendant, P V Sullivan Supply Co., Inc., to Third-Party Plaintiff's Complaint, by mailing Federal Express to:

Plaintiff's Attorney:
Joseph J. Reale, Jr., Esquire
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Defendant and Third-Party Plaintiff's Attorney:
Michael W. Garland, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608- 1424

Third Party Defendant, State Industries, Inc.:
State Industries, Inc.
500 Lindahl Parkway
Ashland City, TN 37015

Joseph Keough
Rhode Island Bar No. 4295