UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 05-152S

HODESS BUILDING CO., INC.,
Plaintiffs

v.

A.O. SMITH CORPORATION and JIM LAVALLEE PLUMBING & HEATING, INC.,
Defendants

and

JIM LAVALLEE PLUMBING & HEATING, INC.,
Third-Party Plaintiff

v.

STATE INDUSTRIES, INC., and P V SULLIVAN SUPPLY CO., INC.,
Third-Party Defendants

MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

The third party defendant, PV Sullivan Supply Co., Inc. hereby moves that Attorney Robert Venturo and Wynn & Wynn, P.C. be admitted Pro Hac Vice in the above case as associate Trial counsel with local associate counsel identified below on the following grounds:

The third party defendant's counsel has long standing representation of the client, PV Sullivan Supply Co., Inc.

Respectfully submitted,
For the Third-Party Defendant
P V Sullivan Supply Co., Inc.

Joseph Keough
Rhode Island Bar No. 4295
100 Armistice Blvd.
Pawtucket, RI 02860
Tel.: 401-724-3600

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 05-152S

HODESS BUILDING CO., INC.,
Plaintiffs

v.

A.O. SMITH CORPORATION and JIM LAVALLEE PLUMBING & HEATING, INC.,
Defendants

and

JIM LAVALLEE PLUMBING & HEATING, INC.,
Third-Party Plaintiff

v.

STATE INDUSTRIES, INC., and P V SULLIVAN SUPPLY CO., INC.,
Third-Party Defendants

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

1. I am a member in good standing of the Bar of the State of Massachusetts and the United States District Court for the District of Massachusetts.

2. I have never been disciplined or sanctioned by any Court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime.

4. During the past 24 months I have not appeared or applied to be admitted in any cases in this District.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge and agree to observe and to be bound by the Local Rules and Orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appear before it.

7. For the purposes of this case, I have associated with local associate counsel identified below and have read, acknowledge and will observe the requirements of this Court respecting the participation of local associate counsel. as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified either upon the Court's Motion for Motion of other parties in the case.

8. I hereby certified that I have read and join in the foregoing Motion and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Robert Venturo, Esquire
Massachusetts BBO #652614
WYNN & WYNN, P. C.
90 New State Highway
Raynham, MA 02767
Tel.: 508-823-4567
Fax: 508-822-4097

Joseph Keough
Rhode Island Bar #4295
100 Armistice Blvd.
Pawtucket, RI 02860
Tel.: (401) 724-3600

ORDER: This Motion is hereby Granted.

United States District Court Judge
8/10/05

DATE:________________