**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

HODESS BUILDING CO., INC.
Plaintiffs

VS. C. A. NO.: 05-152S

A.O. SMITH CORPORATION and
JIM LAVALLE PLUMBING & HEATING,
INC.
Defendants

And

JIM LAVALLEE PLUMBING & HEATING, INC.,
Third-Party Plaintiff

VS.

STATE INDUSTRIES, INC., and P V
SULLIVAN SUPPLY CO., INC.
Third-Party Defendants

**JOINT MOTION TO EXTEND EXPERT DISCOVERY**

Now comes the defendants, A.O. SMITH CORPORATION, STATE INDUSTRIES, INC. AND JIM LAVALLEE PLUMBING & HEATING, INC. and hereby moves this Court for an Order seeking to extend expert discovery from December 1, 2005 for an additional 60 days to February 1, 2006.

As grounds therefore, Defendants rely on the accompanying Memorandum of Law, attached hereto and filed herewith.

Attorney for Third Party Plaintiff,
JIM LAVALLEE PLUMBING &
HEATING, INC.

Michael W. Garland, Esquire
DONALD E. FEENER &
ASSOCIATES
120 Front Street, Suite 310
Worcester, MA 01608-1424

Defendants,
A.O. SMITH CORPORATION AND
STATE INDUSTRIES, INC.,

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

## CERTIFICATION

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Joseph J. Reale, Jr., Esquire
Joseph J. Reale, Jr., LTD.
10 Kennedy Plaza, Suite 400
Providence, RI 02903

John T. Juettner
Crivello, Carlson & Mentkowski, S.C.
710 North Plankinton Avenue
Milwaukee, Wisconsin 53203

Joseph Keough, Esquire
Keough & Sweeney
100 Armistice Blvd.
Pawtucket, RI 02860

on this 1 day of ~~November~~ DEC, 2005.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

HODESS BUILDING CO., INC.
Plaintiffs

VS. C. A. NO.: 05-152S

A.O. SMITH CORPORATION and
JIM LAVALLE PLUMBING & HEATING,
INC.
Defendants

And

JIM LAVALLEE PLUMBING & HEATING, INC.,
Third-Party Plaintiff

VS.

STATE INDUSTRIES, INC., and P V
SULLIVAN SUPPLY CO., INC.
Third-Party Defendants

**JOINT MEMORANDUM OF LAW OF DEFENDANTS, A.O. SMITH CORPORATION, STATE INDUSTRIES, INC., AND JIM LAVALLEE PLUMBING & HEATING, INC. IN SUPPORT OF THEIR MOTION TO EXTEND EXPERT DISCOVERY AND AMEND PRE-TRIAL ORDER**

This is a contract and negligence claim, arising out of the installation of certain water heaters.

Plaintiffs have no objection.

By its Pre-Trial Order, the Honorable Court ordered expert discovery completed by December 1, 2995. the defendants have not yet received discovery and are unable to retain expert. Defendants are requesting additional time in which to obtain these experts. Defendants do not anticipate that it will delay proceedings as a mediation has already been scheduled.

To ensure that it has the necessary discovery including any other additional documentation, the Defendants are requesting this Court's permission to complete expert discovery from December 1, 2005 to February 1, 2006, and to amend its Pre-Trial Order accordingly.

WHEREFORE, Defendants respectfully request that the Court grant its motion.

Attorney for Third Party Plaintiff,
JIM LAVALLEE PLUMBING &
HEATING, INC.

Michael W. Garland, Esquire
DONALD E. FEENER &
ASSOCIATES
120 Front Street, Suite 310
Worcester, MA 01608-1424

Defendants,
A.O. SMITH CORPORATION AND
STATE INDUSTRIES, INC.,

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

## CERTIFICATION

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Joseph J. Reale, Jr., Esquire
Joseph J. Reale, Jr., LTD.
10 Kennedy Plaza, Suite 400
Providence, RI 02903

John T. Juettner
Crivello, Carlson & Mentkowski, S.C.
710 North Plankinton Avenue
Milwaukee, Wisconsin 53203

Joseph Keough, Esquire
Keough & Sweeney
100 Armistice Blvd.
Pawtucket, RI 02860

on this 1 day of ~~November~~ Dec, 2005.