UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HODESS BUILDING CO., INC.,<br>Plaintiff<br><br>v.<br><br>A.O. SMITH CORPORATION, and<br>JIM LAVALLEE PLUMBING &<br>HEATING, INC.,<br>Defendants<br><br>and<br><br>JIM LAVALLEE PLUMBING &<br>HEATING, INC.,<br>Third Party Plaintiff<br><br>v.<br><br>STATE INDUSTRIES, INC. and P V<br>SULLIVAN SUPPLY CO., INC.,<br>Third Party Defendants. | C.A. No. 05-CV-152S |

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**
**BY DEFENDANT/THIRD PARTY PLAINTIFF,**
**JIM LAVALLEE PLUMBING & HEATING, INC.**

NOW COMES the defendant/third party plaintiff, Jim Lavallee Plumbing & Heating, Inc. ("Lavallee"), which hereby moves this Court to admit *pro hac vice* Michael P. Murphy and Seth H. Hochbaum in the above-captioned matter as associate trial counsel with local associate identified below on the following grounds:

1. This is a complex construction/product liability action which is governed by the laws of the Commonwealth of Massachusetts.

2. The plaintiff, Hodess Building Co., Inc. ("Hodess"), alleges that Lavallee breached its contract and was negligent in connection with its installation of hot water heaters at a project located at 575 East Central Street, Franklin, Massachusetts (the "Project"). Lavallee denies these allegations, and has filed crossclaims and third-party claims against the codefendant, A.O. Smith Corporation, and third-party defendants, State Industries, Inc. and PV Sullivan Supply Co., Inc., alleging that they manufactured and/or supplied defective hot water heaters.

3. Lavallee has a long-standing relationship with Attorneys Murphy and Hochbaum, Massachusetts attorneys who have represented Lavallee since March 2002, and Lavallee desires to continue that relationship.

4. The laws of the Commonwealth of Massachusetts apply to this matter, pursuant to the contract between Hodess and Lavallee. Much of the discovery will be based in Massachusetts, where the project is located.

5. It is respectfully submitted that these circumstances establish good cause for the allowance of this motion, pursuant to Local Rule 5.

JIM LAVALLEE PLUMBING & HEATING, INC.,
By its attorney,

MICHAEL W. GARLAND
DONALD E. FEENER & ASSOCIATES
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717

Dated: November 28, 2005

**CERTIFICATION**

I, Michael W. Garland, counsel for the Defendant/Third-Party Plaintiff, JIM LAVALLE PLUMBING & HEATING, INC. hereby certify that on this 28th day of November, 2005, I served the within Motion for Entry of Appearance Pro Hac Vice by Defendant/Third Party Plaintiff, Jim Lavallee Plumbing & Heating, Inc. and Attorneys' Certifications for Pro Hac Vice Admission by mailing copies of same by first-class mail, postage prepaid, to:

Joseph J. Reale, Jr., Esquire
Joseph J. Reale, Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Melody A. Alger, Esquire
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

John T. Juettner, Esquire
Crivello, Carlson & Mentkow s.c.
The Empire Building
710 North Plankinton Avenue
Milwaukee, WI 53203

Michael W. Garland

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HODESS BUILDING CO., INC.,
Plaintiff

v.

A.O. SMITH CORPORATION, and
JIM LAVALLEE PLUMBING &
HEATING, INC.,
Defendants

and

JIM LAVALLEE PLUMBING &
HEATING, INC.,
Third Party Plaintiff

v.

STATE INDUSTRIES, INC. and P V
SULLIVAN SUPPLY CO., INC.,
Third Party Defendants.

C.A. No. 05-CV-152S

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the Commonwealth of Massachusetts, and of the Federal District Court for the District of Massachusetts, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (I have been admitted pro hac vice in one Rhode Island Superior Court action during that period).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Name: Michael P. Murphy | Local Associate Counsel * |
| | 6394 |
| | R.I. Bar ID # |
| Regnante, Sterio & Osborne, LLP | Pelletier & Mirza (*of counsel) |
| Firm Name | Firm Name |
| 401 Edgewater Place, Suite 630 | 293 South Main Street |
| Business Address | Business Address |
| Wakefield, MA 01880 | Providence, RI 02903 |
| (781) 246-2525 Tel. # | (401) 861-1743 Tel. # |
| (781) 246-0202 Fax # | (401) 861-1746 Fax # |

---

**Order:** This motion is hereby ____________________

______________________________
U.S. District Judge

Date: ____________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HODESS BUILDING CO., INC.,<br>Plaintiff<br><br>v.<br><br>A.O. SMITH CORPORATION, and<br>JIM LAVALLEE PLUMBING &<br>HEATING, INC.,<br>Defendants<br><br>and<br><br>JIM LAVALLEE PLUMBING &<br>HEATING, INC.,<br>Third Party Plaintiff<br><br>v.<br><br>STATE INDUSTRIES, INC. and P V<br>SULLIVAN SUPPLY CO., INC.,<br>Third Party Defendants. | C.A. No. 05-CV-152S |

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the Commonwealth of Massachusetts and the States of New Hampshire and New Jersey, and of the Federal District Courts for the Districts of Massachusetts, New Hampshire, New Jersey and of the First Circuit of Appeals, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Name: Seth H. Hochbaum

Regnante, Sterio & Osborne, LLP
Firm Name

401 Edgewater Place, Suite 630
Business Address
Wakefield, MA 01880

(781) 246-2525
Tel. #

(781) 246-0202
Fax #

Local Associate Counsel

6394
R.I. Bar ID #

Pelletier & Mirza (*of counsel)
Firm Name

293 South Main Street
Business Address
Providence, RI 02903

(401) 861-1743
Tel. #

(401) 861-1746
Fax #

---

**Order:** This motion is hereby ____________________

______________________________
U.S. District Judge

Date: __________________________