UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HODESS BUILDING CO., INC.
Plaintiffs

VS. C. A. NO.: 05-152S

A.O. SMITH CORPORATION and
JIM LAVALLE PLUMBING & HEATING,
INC.
Defendants

And

JIM LAVALLEE PLUMBING & HEATING, INC.,
Third-Party Plaintiff

VS.

STATE INDUSTRIES, INC., and P V
SULLIVAN SUPPLY CO., INC.
Third-Party Defendants

**JOINT MOTION TO EXTEND EXPERT DISCLOSURES**

Now comes the defendants, A.O. SMITH CORPORATION, STATE INDUSTRIES, INC. AND JIM LAVALLEE PLUMBING & HEATING, INC. and hereby moves this Court for an Order seeking to extend expert disclosures from December 1, 2005 for an additional 60 days to February 1, 2006.

As grounds therefore, Defendants rely on the accompanying Memorandum of Law, attached hereto and filed herewith.

GRANTED
William E. Smith
U.S. District Judge
12/21/05