(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (I have been admitted pro hac vice in one Rhode Island Superior Court action during that period).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Name: Michael P. Murphy | Local Associate Counsel * |
| | 6394 |
| | R.I. Bar ID # |
| Regnante, Sterio & Osborne, LLP | Pelletier & Mirza (*of counsel) |
| Firm Name | Firm Name |
| 401 Edgewater Place, Suite 630 | 293 South Main Street |
| Business Address | Business Address |
| Wakefield, MA 01880 | Providence, RI 02903 |
| (781) 246-2525 Tel. # | (401) 861-1743 Tel. # |
| (781) 246-0202 Fax # | (401) 861-1746 Fax # |

---

**Order:** This motion is hereby GRANTED.

U.S. ~~District~~ MAG. Judge

Date: 12/28/05



SCANNED

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | | | |
|---|---|---|---|
| Name: Seth H. Hochbaum | | Local Associate Counsel | |
| | | 6394 | |
| | | R.I. Bar ID # | |
| Regnante, Sterio & Osborne, LLP | | Pelletier & Mirza (*of counsel) | |
| Firm Name | | Firm Name | |
| 401 Edgewater Place, Suite 630 | | 293 South Main Street | |
| Business Address | | Business Address | |
| Wakefield, MA 01880 | | Providence, RI 02903 | |
| (781) 246-2525 | (781) 246-0202 | (401) 861-1743 | (401) 861-1746 |
| Tel. # | Fax # | Tel. # | Fax # |

---

**Order:** This motion is hereby GRANTED.

U.S. ~~District~~ MAG. Judge

Date: 12/28/05

SCANNED