UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HODESS BUILDING CO., INC.,<br>Plaintiff<br><br>v.<br><br>A.O. SMITH CORPORATION, and<br>JIM LAVALLEE PLUMBING &<br>HEATING, INC.,<br>Defendants<br><br>and<br><br>JIM LAVALLEE PLUMBING &<br>HEATING, INC.,<br>Third Party Plaintiff<br><br>v.<br><br>STATE INDUSTRIES, INC. and P V<br>SULLIVAN SUPPLY CO., INC.,<br>Third Party Defendants. | C.A. No. 05-CV-152S |

**MOTION OF THE DEFENDANT, JAMES LAVALLEE PLUMBING & HEATING, INC., TO DISMISS THE COMPLAINT FOR LACK OF DIVERSITY JURISDICTION**

The defendant, James Lavallee Plumbing & Heating, Inc., hereby moves for an order dismissing the complaint in this matter for lack of diversity jurisdiction, pursuant to 28 USC §1332.

In support of this motion, the defendant relies upon the accompanying Memorandum of Law and Affidavit of James Lavallee.