UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HODESS BUILDING CO., INC.,<br>Plaintiff<br><br>v.<br><br>A.O. SMITH CORPORATION, and<br>JIM LAVALLEE PLUMBING &<br>HEATING, INC.,<br>Defendants<br><br>and<br><br>JIM LAVALLEE PLUMBING &<br>HEATING, INC.,<br>Third Party Plaintiff<br><br>v.<br><br>STATE INDUSTRIES, INC. and P V<br>SULLIVAN SUPPLY CO., INC.,<br>Third Party Defendants. | C.A. No. 05-CV-152S |

**AFFIDAVIT OF JAMES LAVALLEE**

James Lavallee, being duly sworn, upon his oath, deposes and says:

1. I am the President and the principal of Jim Lavallee Plumbing & Heating Co., Inc. ("Lavallee" or the "Company"). Lavallee began operations in 1992 and was incorporated in the Commonwealth of Massachusetts in 1998. In 2002, Lavallee's place of business was moved to its present location at 63 Southbridge Street, Auburn, Massachusetts. Lavallee's business and offices have at all times been located in Massachusetts. (A copy of the Secretary of State

information listing the corporate status of the company is annexed hereto as Exhibit A).

2. The project that is the subject matter of this case, known as Franklin Commons, was for the construction of apartment units in the Town of Franklin, Massachusetts. Lavallee was the plumbing subcontractor for the plaintiff, Hodess Building Co., Inc. ("Hodess"), the general contractor.

3. All of Lavallee's contact and communications with Hodess occurred either at the project in Franklin, Massachusetts, or at the offices of Hodess located at 100 John L. Dietsch Square, North Attleboro, Massachusetts. To my knowledge, this is Hodess's principal place of business.

4. The cover page (Article I) of the subcontract for this project between Lavallee and Hodess is annexed hereto as Exhibit B. The contract lists Hodess's offices at the North Attleboro, Massachusetts address. Section 15 of the contract, also attached as part of Exhibit B, provides that the contract shall be governed by the laws of the Commonwealth of Massachusetts.

5. All discussions and negotiations by Lavallee with Hodess were conducted either through telephone calls with the Hodess office in North Attleboro, during meetings with Hodess at the North Attleboro offices of Hodess, or during meetings at the project in Franklin, Massachusetts. At no time was anyone from Lavallee required to visit the State of Rhode Island in connection with this project.

6. All correspondence and communications between Lavallee and Hodess, including invoices and payments, regarding this project were sent to Hodess's address in North Attleboro or were sent by Hodess from its North Attleboro office.

7. All of the Company's business operations have been conducted in the Commonwealth of Massachusetts. The Company has never worked on a construction project in the State of Rhode Island.

Sworn to and subscribed under the penalties of perjury this 6th day of

TP ~~December, 2005~~.
J.L. January, 2006

James Lavallee
JAMES LAVALLEE

COMMONWEALTH OF MASSACHUSETTS

Worc. County, ss.

On this 6th day of ~~December~~, ~~2005~~ January 2006 TP J.L., before me, the undersigned notary public, personally appeared JAMES LAVALLEE, proved to me through satisfactory evidence of identification, which was ☐ photographic identification with signature issued by a federal or ~~state~~ government agency, ☐ oath or affirmation of a credible witness, ☑ personal knowledge of the undersigned, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Tina M. Puzo
Notary Public
My Commission Expires:

Tina M. Puzo
Notary Public
My Commission Expires June 2, 2011
Commonwealth of Massachusetts