# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## *JIM LAVALLEE PLUMBING & HEATING, INC.* Summary Screen

Help with this form

[illegible]

**The exact name of the Domestic Profit Corporation:** JIM LAVALLEE PLUMBING & HEATING, INC.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 043408838

**Old Federal Employer Identification Number (Old FEIN):** 000607029

**Date of Organization in Massachusetts:** 02/20/1998

**Current Fiscal Month / Day:** 12 / 31 **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street: 63 SOUTHBRIDGE ST.
City or Town: AUBURN State: MA Zip: 01501 Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town: State: Zip: Country:

**The name and address of the Registered Agent:**
Name: JAMES S. LAVALLEE
No. and Street: 63 SOUTHBRIDGE ST.
City or Town: AUBURN State: MA Zip: 01501 Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | JAMES S. LAVALLEE | 18 COACHMAN LANE, AUBURN, MA 01501 USA<br>18 COACHMAN LANE, AUBURN, MA 01501 USA | |
| TREASURER | JAMES S. LAVALLEE | 18 COACHMAN LANE, AUBURN, MA 01501 USA<br>18 COACHMAN LANE, AUBURN, MA 01501 USA | |
| SECRETARY | JAMES S. LAVALLEE | 18 COACHMAN LANE, AUBURN, MA 01501 USA<br>18 COACHMAN LANE, | |

| | | | |
|---|---|---|---|
| | | AUBURN, MA 01501 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares* *Total Par Value* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

__ Consent __ Manufacturer __ Confidential Data __ Does Not Require Annual Report

__ Partnership __ Resident Agent __ For Profit __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

View Filings New Search

**Comments**

© 2001 - 2005 Commonwealth of Massachusetts
All Rights Reserved

Help