**Cost Code No.**
**0000 15400 S**

**Company ID:**
**LAVALLE001**

**Job No. 3**
**Subcontract No. 393**
**Subcontractor Phone No. (508) 832**
**Subcontractor Fax No. (508) 832-911**

# SUBCONTRACT FOR BUILDING CONSTRUCTION

## ARTICLE I

## AGREEMENT

ORIGINAL

This Agreement is made this Wednesday, September 11, 2002 between HODESS BUILDING CO., INC.

hereinafter called the Contractor and JIM LAVALLEE PLUMBING AND HEATING INC

hereinafter called the Subcontractor, to perform part of the Work on the following Project:

**PROJECT:** FRANKLIN COMMONS
575 East Central Street
Franklin, MA

**OWNER:** FRANKLIN COMMONS LIMITED PARTNERSHIP c/o THE GATEHOUSE GROUP
120 Forbes Road
Mansfield, MA

**ARCHITECT:** L&M DESIGN, LLC
100 East Lancaster Avenue, Suite 300
Radnor, PA 19087

RECEIVED
OCT 24 2002
HODESS BUILDING CO., INC.

**CONTRACTOR:** HODESS BUILDING CO., INC.
100 John L. Dietsch Square
Post Office Box 2720
North Attleboro, MA 02763

**SUBCONTRACTOR:** JIM LAVALLEE PLUMBING AND HEATING INC
213 SOUTHBRIDGE STREET
AUBURN, MA 01501

**CONTRACT PRICE:** Eight hundred thirty thousand and 00/100 ($830,000.00)

The amount of this order includes applicable Sales and/or Use Taxes.


8 1990. The Associated General Contractors of America

INITIALS

**13.6 ENDORSEMENT.** If the policies of insurance referred to in this Article require an endorsement to provide for continued coverage where there is a waiver of subrogation, the owners of such policies will cause them to be so endorsed.

## ARTICLE 14

## ARBITRATION

**14.1 AGREEMENT TO ARBITRATE.** All claims, disputes and matters in question arising out of, or relating to, this Agreement or the breach thereof, except for claims which have been waived by the making or acceptance of final payment, and the claims described in Paragraph 14.2, shall be decided by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association then in effect unless the parties mutually agree otherwise. Notwithstanding other provisions in the Agreement, this agreement to arbitrate shall be governed by the Federal Arbitration Act.

**14.2 EXCEPTIONS.** The agreement to arbitrate shall not apply to any claim:

(a) of contribution or indemnity asserted by one party to this Agreement against the other party and arising out of an action brought in a state or federal court or in arbitration by a person who is under no obligation to arbitrate the subject matter of such action with either of the parties hereto or does not consent to such arbitration; or

In any dispute arising over the application of this Paragraph 14.2, the question of arbitrability shall be decided by the appropriate court and not by arbitration.

**14.3 INITIAL DISPUTE RESOLUTION.** If a dispute arises out of or relates to this Agreement, or the breach thereof, the parties may endeavor to settle the dispute first through direct discussions. If the dispute cannot be settled through direct discussions, the parties may endeavor to settle the dispute by mediation under the Construction Industry Mediation Rules of the American Arbitration Association before recourse to arbitration. Mediation will be commenced within the time limits for arbitration stipulated in the Contract Documents. The time limits for any subsequent arbitration will be extended for the duration of the mediation process plus ten (10) days or as otherwise provided in the Contract Documents. Issues to be mediated are subject to the exceptions in Paragraph 14.2 for arbitration. The location of the mediation shall be the same as the location for arbitration identified in Paragraph 14.4.

**14.4 NOTICE OF DEMAND.** Notice of the demand for arbitration shall be filed in writing with the other party to this Agreement and with the American Arbitration Association. The demand for arbitration shall be made as required in the Contract Documents or within a reasonable time after written notice of the claim, dispute or other matter in question has been given, but in no event shall it be made when institution of legal or equitable proceedings based on such claim, dispute or other matter in question would be barred by the applicable statute of limitation, whichever shall first occur. The location of the arbitration proceedings shall be the location of the Project.

**14.5 AWARD.** The award rendered by the arbitrator(s) shall be final and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction.

**14.6 WORK CONTINUATION AND PAYMENT.** Unless otherwise agreed in writing, the Subcontractor shall carry on the Work and maintain the Schedule of Work pending arbitration. If the Subcontractor is continuing to perform, the Contractor shall continue to make payments in accordance with this Agreement.

**14.7 NO LIMITATION OF RIGHTS OR REMEDIES.** Nothing in this Article shall limit any rights or remedies not expressly waived by the Subcontractor which the Subcontractor may have under lien laws or payment bonds.

**14.8 SAME ARBITRATORS.** To the extent not prohibited by their contracts with others, the claims and disputes of the Owner, Contractor, Subcontractor and other subcontractors involving a common question of fact or law shall be heard by the same arbitrator(s) in a single proceeding.

## ARTICLE 15

## CONTRACT INTERPRETATION

**15.1 INCONSISTENCIES AND OMISSIONS.** Should inconsistencies or omissions appear in the Contract Documents, it shall be the duty of the Subcontractor to so notify the Contractor in writing within three (3) working days of the Subcontractor's discovery thereof. Upon receipt of said notice, the Contractor shall instruct the Subcontractor as to the measures to be taken and the Subcontractor shall comply with the Contractor's instructions.

**15.2 LAW AND EFFECT.** This Agreement shall be governed by the law of the State of Massachusetts.

**15.3 SEVERABILITY AND WAIVER.** The partial or complete invalidity of any one or more provisions of this Agreement shall not affect the validity or continuing force and effect of any other provision. The failure of either party hereto to insist, in any one or more instances, upon the performance of any of the terms, covenants or conditions of this Agreement, or to exercise any right herein, shall not be construed as a waiver or relinquishment of such term, covenant, condition or right as respects further performance.

**15.4 ATTORNEY'S FEES.** Should either party employ an attorney to institute suit or demand arbitration to enforce any of the provisions hereof, to protect its interest in any matter arising under this Agreement, to collect damages for the breach of the Agreement, or to recover on a surety bond given by a party under this Agreement, the prevailing party shall be entitled to recover reasonable attorney's fees, costs, charges, and expenses expended or incurred therein.

INITIALS


© 1990 The Associated General Contractors of America

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served by first class mail upon all counsel of record, this 16 day of January, 2006.

Michael W. Garland, Esq.
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717