**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HODESS BUILDING CO., INC.** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-152S** |
| | : | |
| **A.O. SMITH CORPORATION and JIM LAVALLEE PLUMBING & HEATING, INC.** | : | |

## MOTION TO WITHDRAW

Now come Joseph J. Reale, Jr. and Joseph J. Reale, Jr., Ltd. (Counsel) and move to withdraw their appearance as counsel for the Plaintiff, Hodess Building Co., Inc., in the above pending matter.

Counsel relies upon the Memorandum of Law attached hereto in support of the motion.

Plaintiff
By its attorney,

Joseph J. Reale, Jr.

Joseph J. Reale, Jr.-#3158
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

Dated: January 24, 2006

**CERTIFICATION**

To:
Michael W. Garland, Esq.
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

John T. Juettner, Esq.
Crivello Carlson & Mentkow s.c.
The Empire Building
710 North Plankinton Avenue
Milwaukee, WI 53203

Joseph Keough, Esq.
Keough & Sweeney, Ltd.
100 Armistice Boulevard
Pawtucket, RI 02860

Paula-Lee Chambers, Esq.
Hinshaw & Culbertson LLP
One International Place
Fort Hill Square, Third Floor
Boston, MA 02110

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
Brian K. Hodess, President
Hodess Building Company
100 John L. Dietsch Square
P.O. Box 2720
N. Attleboro, MA 02763

I hereby certify I caused to be served on the above-named counsel of record a true copy of the within Motion and Memorandum in Support on January 24, 2006.

Marianne C. Martin

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HODESS BUILDING CO., INC.** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-152S** |
| | : | |
| **A.O. SMITH CORPORATION and JIM LAVALLEE PLUMBING & HEATING, INC.** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF COUNSEL'S MOTION TO WITHDRAW**

Now come Joseph J. Reale, Jr. and Joseph J. Reale, Jr., Ltd. (Counsel) and move this Court to withdraw their appearance on behalf of Plaintiff, Hodess Building Co., Inc. (Hodess), in the pending matter.

Counsel was retained by Hodess to commence this action against the Defendants pursuant to a claim for breach of contract, breach of warranty and other legal theories for the recovery of certain monies expended to correct and replace workmanship and material supplied by the Defendants in the pending matter. In the intervening time since the matter was filed, Hodess has ceased doing business. Counsel has been made aware that a surety company, CNA Insurance Company (CNA), has asserted a claim against all assets of Hodess pursuant to a certain security agreement regarding claims paid on Hodess' behalf by CNA. Counsel has not personally seen this security agreement, but it has been represented through counsel for CNA and other parties, as well.

Commencing in April 2005, Counsel provided information regarding this claim and others to a representative of CNA and requested direction on how to proceed. In the intervening ten (10) months, no direction has been forthcoming. Hodess is no longer operational. Counsel

has not been retained by CNA and does not wish to be retained by CNA to represent its interest in this matter.

Counsel cannot adequately represent a client that is no longer operational and has not been retained to protect the interest, rights and claims of CNA. Counsel respectfully requests that the Court grant the Motion to Withdraw.

Additionally, Defendant, Jim Lavallee Plumbing & Heating, Inc., has filed a Motion to Dismiss the complaint against it on certain jurisdictional grounds. Counsel respectfully requests that the Court defer a ruling on that motion until such time as Counsel's Motion to Withdraw has been granted, and/or successor counsel has entered their appearance on behalf of Hodess.

Plaintiff
By its attorney,

Joseph J. Reale, Jr. #3158
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

Dated: January 24, 2006