UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **HODESS BUILDING CO., INC.** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-152S** |
| | : | |
| **A.O. SMITH CORPORATION and JIM LAVALLEE PLUMBING & HEATING, INC.** | : | |

**AFFIDAVIT**

I, Joseph J. Reale, Jr., do upon oath make affidavit and state:

1. I am attorney of record for the Plaintiff, Hodess Building Co., Inc. (Hodess).

2. I have continually represented Hodess in this matter since the matter was filed with the Court.

3. In the interim, Hodess has ceased doing business and is no longer operational.

4. I have been advised that the bonding company who provided surety bonds for Hodess has a security interest in all the assets of Hodess.

5. Commencing in April 2005, I have advised a representative of that bonding company, CNA Insurance Company (CNA), of this pending claim and have requested a response from CNA regarding its position on the pending claim.

6. I have not been retained by CNA to represent it in this matter. I no longer have a client that is actively doing business.

7. I respectfully request that I be allowed to withdraw as counsel for the Plaintiff in this matter.

Joseph J. Reale, Jr., Esq.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Dated: January 24, 2006

**STATE OF RHODE ISLAND**
**COUNTY OF PROVIDENCE**

Subscribed and sworn to before me
this 24th day of January, 2006.

Marianne C. Martin
Notary Public
Print Name: Marianne C. Martin
My Commission Expires: 7/12/09

**CERTIFICATION**

To:

Michael W. Garland, Esq.
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424

John T. Juettner, Esq.
Crivello Carlson & Mentkow s.c.
The Empire Building
710 North Plankinton Avenue
Milwaukee, WI 53203

Joseph Keough, Esq.
Keough & Sweeney, Ltd.
100 Armistice Boulevard
Pawtucket, RI 02860

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathiew & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

Paula-Lee Chambers, Esq.
Hinshaw & Culberston
One International Place
Fort Hill Square, Third Floor
Boston, MA 02110

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
Brian K. Hodess, President
Hodess Building Co., Inc.
100 John L. Dietsch Square
P.O. Box 2720
N. Attleboro, MA 02763

I hereby certify I caused to be served on the above-named a true copy of the within Affidavit on January 24, 2006.

Marianne C. Martin