UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HODESS BUILDING CO., INC.,<br>Plaintiff<br><br>v.<br><br>A.O. SMITH CORPORATION, and<br>JIM LAVALLEE PLUMBING &<br>HEATING, INC.,<br>Defendants<br><br>and<br><br>JIM LAVALLEE PLUMBING &<br>HEATING, INC.,<br>Third Party Plaintiff<br><br>v.<br><br>STATE INDUSTRIES, INC. and P V<br>SULLIVAN SUPPLY CO., INC.,<br>Third Party Defendants. | C.A. No. 05-CV-152S |

**OPPOSITION OF THE DEFENDANT, JIM LAVALLEE PLUMBING & HEATING, INC., TO THE MOTION OF JOSEPH J. REALE, JR. AND JOSEPH J. REALE, JR., LTD. TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF**

The defendant, Jim Lavallee Plumbing & Heating, Inc. ("Lavallee"), hereby opposes the motion of Joseph J. Reale, Jr. and Joseph J. Reale, Jr., Ltd. to withdraw their appearance as counsel on behalf of the plaintiff, Hodess Building Co., Inc. ("Hodess"), in this matter. In support of this opposition, Lavallee relies upon the accompanying Memorandum of Law.

Date: February 6, 2006

Michael W. Garland, Esq.
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717

Date: February 6, 2006

Michael P. Murphy - BBO No. 554224
Regnante, Sterio & Osborne LLP
Edgewater Office Park
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
(781) 246-2525

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served by first class mail upon all counsel of record, this 6th day of February, 2006.

Michael W. Garland, Esq.
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HODESS BUILDING CO., INC.,<br>Plaintiff<br><br>v.<br><br>A.O. SMITH CORPORATION, and<br>JIM LAVALLEE PLUMBING &<br>HEATING, INC.,<br>Defendants<br><br>and<br><br>JIM LAVALLEE PLUMBING &<br>HEATING, INC.,<br>Third Party Plaintiff<br><br>v.<br><br>STATE INDUSTRIES, INC. and P V<br>SULLIVAN SUPPLY CO., INC.,<br>Third Party Defendants. | C.A. No. 05-CV-152S |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT, JIM LAVALLEE PLUMBING & HEATING, INC.'S, OPPOSITION TO THE MOTION OF JOSEPH J. REALE, JR. AND JOSEPH J. REALE, JR., LTD. TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF**

## I. INTRODUCTION

The defendant, Jim Lavallee Plumbing & Heating, Inc. ("Lavallee"), hereby opposes the motion of Joseph J. Reale, Jr. and Joseph J. Reale, Jr., Ltd. ("counsel") to withdraw their appearance as counsel for the plaintiff, Hodess Building Co., Inc. ("Hodess"), in this matter.

Counsel's motion to withdraw also requests the court to defer a ruling on Lavallee's recently filed Motion to Dismiss for Lack of Diversity Jurisdiction and Motion to Dismiss for Lack of Personal Jurisdiction until such time as the motion to withdraw has been granted and/or successor counsel has entered an appearance on behalf of Hodess. As set forth below, counsel should not be allowed to withdraw at this date and delay action on Lavallee's pending dismissal motions.

## II. DISCUSSION

Counsel is not permitted to withdraw unless a successor counsel has appeared, as a corporation may not appear *pro se* in this court. *Local Rule* 205(a)(3). Accordingly, counsel may not withdraw unless and until successor counsel has filed an appearance.

Moreover, neither counsel's request to withdraw nor the appearance of any successor counsel should delay the court's consideration of Lavallee's Motions to Dismiss. The motion to withdraw states that Hodess ceased doing business on or about April 2005, some 10 months ago. At that time, counsel was informed that CNA Insurance Company ("CNA"), the surety company for Hodess on various construction projects, had asserted a claim against all assets of Hodess, and counsel provided information regarding this claim and others to a representative of CNA.

Although counsel had no viable client, and no direction or information from CNA as to whether it would be proceeding with the claims asserted in this

action for the last 10 months, counsel took no action to withdraw until after Lavallee filed its Motions to Dismiss.

Moreover, discovery requests have been served upon the plaintiff, through its counsel, the responses to which are overdue, and there have been no previous indication from counsel of the need to withdraw or for additional time to respond.

Regardless of whether successor counsel appears, Lavallee would be unfairly prejudiced by any delay in consideration of its Motions to Dismiss, which document why the case against Lavallee should not have been filed in this court in the first instance. As Hodess's current counsel was involved in determining the grounds for jurisdiction and for selecting venue in this court, he would seem well suited to address the motions, and the validity of jurisdiction, on behalf of Hodess.

## III. CONCLUSION

For the reasons set forth herein, it is respectfully requested that the motion by plaintiff's counsel to withdraw be denied and that the court rule on the Motions to Dismiss filed by Lavallee in accordance with the requirements of the court rules and its normal practice.

Date: February 6, 2006

Michael W. Garland, Esq.
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717

Date: February 6, 2006

/s/ Michael P. Murphy

Michael P. Murphy - BBO No. 554224
Regnante, Sterio & Osborne LLP
Edgewater Office Park
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
(781) 246-2525

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served by first class mail upon all counsel of record, this 6th day of February, 2006.

/s/ Michael W. Garland

Michael W. Garland, Esq.
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717