**JOSEPH J. REALE, JR., LTD.**

ATTORNEY AT LAW
30 Kennedy Plaza
Suite 400
Providence, Rhode Island 02903

TEL: (401) 453-9900
FAX: (401) 453-9917
E-MAIL: reale@conversent.net

Also admitted in Massachusetts

March 2, 2006

RECEIVED
MAR 06 2006
Property of U.S. District Court
District of Rhode Island

Alba-Sue Mercurio, Deputy Clerk
United States District Court
for the District of Rhode Island
Clerk's Office
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

**Re:** **Hodess Building Co., Inc. v. A.O. Smith Corporation, et al, C.A. No. 05-152S**

Dear Alba-Sue:

I received notice of the hearing scheduled for Friday, March 10, 2006, on my Motion to Withdraw as counsel for plaintiff in the above-referenced matter. I was required pursuant to the Court's direction to provide notice of the hearing to counsel for CNA. Enclosed please find my correspondence sent by regular mail and facsimile transmission to Paula-Lee Chambers at Hinshaw & Culbertson LLP, One International Place, Fort Hill Square, Third Floor, Boston, MA 02110, who is acting as counsel for CNA with regard to Hodess Building Co., Inc. I am providing notice to the Court in compliance with the Court's direction.

Sincerely,

Joseph J. Reale, Jr.

JJR/mcm
Enclosure
cc: Paula-Lee Chambers, Esq. (via facsimile: 617-213-7001 and regular mail)
c:\hodess\franklin-smith\clerk usdc ltr2.doc

**JOSEPH J. REALE, JR., LTD.**

ATTORNEY AT LAW
30 Kennedy Plaza
Suite 400
Providence, Rhode Island 02903

TEL: (401) 453-9900
FAX: (401) 453-9917
E-MAIL: reale@conversent.net

Also admitted in Massachusetts

March 2, 2006

**VIA FACSIMILE: 617-213-7001 and REGULAR MAIL**

Paula-Lee Chambers, Esq.
Hinshaw & Culbertson LLP
One International Place
Fort Hill Square, Third Floor
Boston, MA 02110

Re: **Hodess Building Co., Inc. v. A.O. Smith Corporation, et al**
**United States District Court, District of Rhode Island, C.A. No. 05-152S**

Dear Paula-Lee:

I have been directed by the United States District Court for the District of Rhode Island to provide notice to you as counsel for CNA regarding the pendency of my Motion to Withdraw on behalf of Hodess Building Co., Inc. in the above-referenced matter. I have advised you both orally and copied you on correspondence that I am not representing CNA, which may have a right to the claim on behalf of Hodess Building Co., Inc. in this matter.

Please be advised that the hearing on my Motion to Withdraw as counsel has been scheduled for Friday, March 10, 2006, at 2:00 p.m. in Courtroom 2, Room 323. I enclose a copy of the Notice received from the Court. Please feel free to attend and participate as you deem appropriate on behalf of CNA.

Sincerely,

Joseph J. Reale, Jr.

JJR/mcm
Enclosure
c:\hodess\franklin-smith\chambers ltr8.doc

P. 01

TRANSACTION REPORT

MAR-02-2006 THU 10:29 AM

FOR: Joseph J Reale Jr, LTD 401 453 9917

SEND

| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE | M# | DP |
|---|---|---|---|---|---|---|---|---|
| MAR-02 | 10:28 AM | 16172137001 | 30" | 4 | FAX TX | OK | 290 | |

TOTAL : 30S PAGES: 4

**JOSEPH J. REALE, JR., LTD.**
ATTORNEY AT LAW
30 Kennedy Plaza
Suite 400
Providence, Rhode Island 02903

TEL: (401) 453-9900
FAX: (401) 453-9917
E-MAIL: reale@conversent.net

Also admitted in Massachusetts

March 2, 2006

**VIA FACSIMILE: 617-213-7001 and REGULAR MAIL**

Paula-Lee Chambers, Esq.
Hinshaw & Culbertson LLP
One International Place
Fort Hill Square, Third Floor
Boston, MA 02110

Re: **Hodess Building Co., Inc. v. A.O. Smith Corporation, et al**
**United States District Court, District of Rhode Island, C.A. No. 05-152S**

Dear Paula-Lee:

I have been directed by the United States District Court for the District of Rhode Island to provide notice to you as counsel for CNA regarding the pendency of my Motion to Withdraw on behalf of Hodess Building Co., Inc. in the above-referenced matter. I have advised you both orally and copied you on correspondence that I am not representing CNA, which may have a right to the claim on behalf of Hodess Building Co., Inc. in this matter.

Please be advised that the hearing on my Motion to Withdraw as counsel has been scheduled for Friday, March 10, 2006, at 2:00 p.m. in Courtroom 2, Room 323. I enclose a copy of the Notice received from the Court. Please feel free to attend and participate as you deem appropriate on behalf of CNA.

Sincerely,

Joseph J. Reale, Jr.

JJR/mcm
Enclosure
c:\hodess\franklin-smith\chambers ltr4.doc