UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 31 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| **HODESS BUILDING CO., INC.** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-152S** |
| | : | |
| **A.O. SMITH CORPORATION and JIM LAVALLEE PLUMBING & HEATING, INC.** | : | |

**VOLUNTARY DISMISSAL PURSUANT TO RULE 41**

Now comes the parties and voluntarily agree to dismiss all claims by and between the parties without prejudice.

**Hodess Building Co., Inc.**
By its attorney,

Joseph J. Reale, Jr.-#3158
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

Dated: March 30, 2006

**Jim Lavallee Plumbing & Heating, Inc.**
By its attorneys,

Michael P. Murphy-BBO #5554224 by JJR
Regnante, Sterio & Osborne LLP
Edgewater Office Park
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
Tel: (781) 246-2525

Michael W. Garland-6394 by JJR
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
Tel: (508) 798-0717

Dated: March 30, 2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/3/06

**A.O. Smith Corporation and State Industries**
By its attorneys,

Melody A. Alger-#4585 by JJK
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
Tel: (401) 331-1434
Fax: (401) 351-9653

John T. Juettner-WI Bar #1000878 by JJK
Crivello Carlson & Mentkow s.c.
The Empire Building
710 North Plankinton Avenue
Milwaukee, WI 53203
Tel: (414) 271-7722
Fax: (414) 271-4438

Dated: March 30, 2006

**PV Sullivan Supply Co., Inc.**
By its attorneys,

Joseph Keough-#4295 by JJK
Keough & Sweeney, Ltd.
100 Armistice Boulevard
Pawtucket, RI 02860
Tel: (401) 724-3600
Fax: (401) 724-9909

Robert Venturo-BBO #6526114
Wynn & Wynn, P.C. by JJK
90 New State Highway
Raynham, MA 02767
Tel: (508) 823-4567
Fax: (508) 822-4097

Dated: March 30, 2006